DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorneys for Defendant, DOMINIQUE THOMPSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff-Appellee | ) |
| | ) |
| v. | ) CASE NO: 2:17-cr-206-JCM-CWH |
| | ) |
| DOMINIQUE THOMPSON, | ) |
| | ) |
| Defendant-Appellant | ) |
| _____ | ) |

## SUBSTITUTION OF ATTORNEY

DOMINIQUE THOMPSON, Defendant hereby substitutes **DAVID Z. CHESNOFF, ESQ.**, and **RICHARD A. SCHONFELD, ESQ.**, of the law office of **CHESNOFF & SCHONFELD**, 520 South Fourth Street, Las Vegas, Nevada 89101, telephone number [702] 384-5563, as attorney of record in place and stead of **NISHA BROOKS-WHITTINGTON**, Federal Public Defender.

DATED this 27th day of July, 2017.

_____
DOMINIQUE THOMPSON, Defendant

/ / /

I consent to the above substitution.

DATED this 25 day of July, 2017.

_____
NISHA BROOKS-WHITTINGTON
Federal Public Defender

We are dully admitted to practice in this District.

Above substitution accepted.

DATED this 27th day of July, 2017.

_____
DAVID Z CHESNOFF, ESQ.

_____
RICHARD A. SCHONFELD, ESQ.

RETAINED __X__        APPOINTED BY COURT _____

**APPROVED**

DATED  July 31, 2017  .

_____
UNITED STATES DISTRICT JUDGE