DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
Attorneys for Defendant, *DOMINIQUE THOMPSON*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CASE NO. 2:17-cr-0206-JCM-CWH |
| v. | ) | |
| | ) | STIPULATION TO CONTINUE |
| DOMINIQUE THOMPSON, | ) | CHANGE OF PLEA HEARING |
| | ) | AND ORDER |
| Defendant, | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Phillip N. Smith, Jr., Assistant United States Attorney, and David Z. Chesnoff and Richard A. Schonfeld, attorneys for Defendant, **DOMINIQUE THOMPSON**, that the Change of Plea hearing scheduled for May 21, 2018 at the hour of 10:00 a.m. in this matter be continued to May 25, 2018 at the hour of 10:00 a.m.

This Stipulation is entered into for the following reasons:

1. That Attorney Richard A. Schonfeld has a scheduling conflict requiring him to be in San Diego, California on Monday afternoon for Court;

2. That Counsel for Defendant has been in communication with Assistant United States Attorney Phillip N. Smith, Jr., and there is no objection to the continuance as outlined above;

3. Additionally, denial of this request for continuance would result in a miscarriage of

justice;

4. The additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv);

**DATED** this 16th day of May, 2018.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| */s/ Phillip N. Smith, Jr.* | */s/ Richard A. Schonfeld* |
| **PHILLIP N. SMITH JR., AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd. South, Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Dominique Thompson |

/ / /

## **FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That Attorney Richard A. Schonfeld has a scheduling conflict requiring him to be in San Diego, California on Monday afternoon for Court;

2. That Counsel for Defendant has been in communication with Assistant United States Attorney Phillip N. Smith, Jr., and there is no objection to the continuance as outlined above;

3. Additionally, denial of this request for continuance would result in a miscarriage of justice;

4. The additional time requested in this Stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7)(A) when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv).

/ / /

/ / /

/ / /

## ORDER

**IT IS HEREBY ORDERED** that the Change of Plea hearing scheduled for May 21, 2018 at the hour of 10:00 a.m. shall be heard on May 25, 2018 at the hour of 10:00 a.m.

DATED May 17, 2018.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by:

*/s/ Richard A. Schonfeld*
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar # 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant, Dominique Thompson